Josh M. Snell, Bar #021602
Ryan D. Pont, Bar #033391
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1790
Fax: (602) 200-7815
jsnell@jshfirm.com
rpont@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant 99 Cents Only Stores, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Summers and Jeffrey F. Summers, wife and husband, | NO. _____ |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| 99 Cents Only Stores, LLC, a California limited liability company; John Does I-X; Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships I-X, | |
| Defendant. | |

Defendant, 99 Cents Only Stores, LLC, by and through undersigned counsel, file this Notice of Removal of this Action to the United States District Court for the District of Arizona and states as follows:

1. This Action was commenced against Defendant in the Superior Court of the State of Arizona, in and for the County of Yuma, under the caption *Julie Summers and Jeffrey F. Summers, wife and husband, Plaintiffs v. 99 Cents Only Stores, LLC, a California limited liability company; John Does I-X; Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships*

7331126.1

*I-X, Defendants*, docket number S1400CV201900044.  A copy of the initial pleadings are attached hereto as Exhibit A.

2. The Complaint was filed on January 14, 2019.

3. A copy of the Complaint was served on Defendant's statutory agent, CT Corporation System, on January 18, 2019.

4. Defendant is a California Corporation with its principal place of business in California.  Defendant 99 Cents Only Stores' "nerve center" is also in California.

5. In their Complaint, Plaintiffs stated that they are "residents of the State of Arizona." *See* Exhibit A at ¶ 1 (second "1" in the Complaint).

6. In their Complaint, Plaintiffs further allege that "[t]he value of this case exceeds $300,000.00, and is a Discovery Tier 3 case." *See* Exhibit A at ¶ 1 (first "1" in the Complaint).

7. The United States District Court for the District of Arizona is the Court embracing the place wherein such action is pending in state court.

8. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a)(2) in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between a citizen of a State and a citizen of a foreign state.  Based these allegations and those contained in the Complaint, this Action may be removed to this Court pursuant to the provisions in 28 U.S.C. § 1441(a).

9. This Notice of Removal is being filed within 30 days after the Service of the Complaint.

10. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of Superior Court of the State of Arizona, in and for the County of Yuma.

11. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendant respectfully requests that this Action be removed to this Court.

DATED this 29th day of January, 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By s/ Ryan D. Pont
Josh M. Snell
Ryan D. Pont
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant 99 Cents Only Stores, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Jeffrey L. Victor
JEFFREY L. VICTOR, P.C.
5425 E. Bell Road, Suite 121
Scottsdale, Arizona 85254
victoratty@aol.com
Attorney for Plaintiff

s/ Gayle M. Magadan