# EXHIBIT A

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
01/14/2019 2:48PM
BY: BLEKAN
DEPUTY

JEFFREY L. VICTOR, P.C.
Attorney at Law
5425 E. Bell Rd., Ste 121
Scottsdale, Arizona 85254
(602) 749-0900
victoratty@aol.com

Jeffrey L. Victor, Esq. - 013132
*Attorney for Plaintiff*

Case No.: S1400CV201900044
HON.

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF YUMA

| | |
|---|---|
| JULIE SUMMERS and JEFFREY F. SUMMERS, wife and husband, <br><br> Plaintiffs, <br><br> vs. <br><br> 99 CENTS ONLY STORES LLC, a California limited liability company; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X, <br><br> Defendants. | Case No. _____ <br><br> **COMPLAINT** <br><br> (Tort –Non-Motor Vehicle) <br><br> Tier 3 Discovery |

Plaintiffs Julie Summers and Jeffrey Summers, wife and husband by and through their counsel undersigned, and for her Complaint against Defendants, states and alleges as follows:

1.  The value of this case exceeds $300,000.00, and is a Discovery Tier 3 case.

1.  Plaintiffs are now, and at all times relevant hereto, have been residents of the State of Arizona; and that all events leading to this cause of action occurred in Yuma County, State of Arizona.

2.  Defendant 99 Cents Only Stores, LLC ("99 Cents") is, and at all times mentioned herein was, a California limited liability company, authorized to do and doing substantial business in the State of Arizona. Upon information and belief, Defendant was, at all times

1

relevant hereto, owned or was responsible the 99 Cents Only Store, located in the City of Yuma, State of Arizona (hereinafter "Premises").

3. Defendants John Does I-X, Jane Does I-X, ABC Corporations I-X, and XYZ Partnerships I-X are various individuals, corporations, partnerships, officers, principals, affiliates, trustees, trainees, employees, partners, agents, or representatives of the named Defendant herein, who have contributed to the negligence alleged herein. The true names of the fictitious Defendants are unknown to the Plaintiff at this time and at such time as the true names of said Defendants are ascertained, Plaintiff will seek leave of this Court to substitute them for the fictitious name in which they are sued.

4. At all times material hereto, Defendant 99 Cents was responsible for ensuring the safety of the Premises for its customers.

5. On January 21, 2017, Plaintiff, Julie Summers was lawfully on the Premises, as a customer.

6. As Plaintiff was walking up to the register, Plaintiff's foot slipped on a liquid substance.

7. Plaintiff fell and sustained severe and debilitating injuries.

8. Defendants 99 Cents owed a duty of care to Plaintiff to discover dangerous conditions; to keep the Premises in a safe condition that are not in the nature of hidden dangers, traps or pitfalls, which are not readily observable; and to warn of such dangers if they have reason to believe that a visitor will enter the area.

9. The liquid substance was such a dangerous condition and Defendant negligently failed to warn of and/or protect Plaintiff from such dangers.

10. Defendant either had actual knowledge of the referenced dangers or said Defendant lacked actual knowledge of the referenced dangers, which had existed so long a time

prior to Plaintiff' fall that Defendant in the exercise of due care could and should have known and had knowledge of the referenced dangers.

11. The injuries sustained by the Plaintiff were caused solely by Defendant's negligent failure to comport with the standard of care owed to Plaintiff, to keep the Premises reasonably free of conditions which could cause injuries.

12. The negligence of Defendant, at the above time and place, among other things consisted of the following:

    a. Carelessly and negligently permitting and allowing liquid substance to remain on the aisle, for an inordinate amount of time;

    b. Carelessly and negligently failing to warn Plaintiff of the danger of the liquid substance;

    c. Carelessly and negligently permitting and allowing liquid substance to collect and remain on the floor in the area where the Plaintiff was walking;

    d. Failing properly to maintain the Premises, particularly in the area of Plaintiff's fall, in a safe condition; and

    e. Failing to properly and adequately supervise and oversee the floors as to prevent hidden dangers on its Premises.

13. As a result of Defendant's negligence, Plaintiff has incurred severe and possible permanent injuries which have caused her to suffer great pain and has injured her general health.

14. As a further direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff has incurred medical bills, and may incur future medical bills, in an amount which will be proven at trial.

15. As a further direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff has incurred severe mental anguish, aggravation, physical pain and suffering.

16. As a further direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff has incurred a loss of income in an amount to be determined at trial.

17. As a further direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff Jeffrey Summers has and continues to sustain a loss of consortium with his wife, Julie Summers, having lost the support and companionship of his wife.

18. As a further direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff Jeffrey Summers has incurred mental anguish, aggravation, distress and inconvenience, and may incur additional mental anguish, aggravation, and distress and inconvenience.

19. As a further direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff Jeffrey Summers has incurred expenses and sustained a financial burden and may incur additional expenses in the future.

**WHEREFORE**, the amount in controversy exceeds the jurisdictional requirements of this Court, Plaintiff prays that this Court grant her judgment against the Defendants, jointly and severally, as follows:

1. For all sums representing costs of medical expenses and other special expenses incurred, plus an amount to be determined as and for any reasonable future medical expenses that may be incurred by the Plaintiffs as a result of the injuries sustained;

2. For general damages to be awarded to Plaintiffs for the physical and mental pain, suffering and anguish suffered, plus reasonable future damages for Plaintiffs mental pain, suffering and anguish in a fair and equitable amount to be determined at trial;

3. For all sums representing a loss of income, in an amount to be determined at trial;

4. For an award of Plaintiffs costs incurred herein; and

5. For all sums representing costs incurred, plus an amount be determined as and for any reasonable future expenses that may be incurred by the Plaintiff Jeffrey Summers as a result of the injuries sustained by his wife;

6. For an award of damages for compensation for Plaintiff Jeffrey Summers loss of consortium and companionship with his wife, Plaintiff Julie Summers;

7. For general damages to be awarded to Plaintiff Jeffrey Summers for the mental pain, suffering and anguish suffered, plus reasonable future damages for Plaintiff's mental pain, suffering and anguish in a fair and equitable amount to be determined at trial, as a result of the injuries sustained by his wife, Plaintiff Julie Summers; and

8. For such other and further relief as the Court deems just and proper in the premises.

RESPECTFULLY SUBMITTED this 14th day of January, 2019.

            **JEFFREY L. VICTOR, P.C.**

            By:/s/Jeffrey L. Victor #013132
            Jeffrey L. Victor
            *Attorney for Plaintiffs*

FILED
Lynn Fazz
CLERK, SUPERIOR COURT
01/14/2019 2:48PM
BY: BLEKAN
DEPUTY

Case No.: S1400CV201900044
HON.

Person/Attorney Filing: Jeffrey L Victor
Mailing Address: 5425 E. Bell Road, Suite 121
City, State, Zip Code: Scottsdale, AZ 85254
Phone Number: (602) 749-0900
E-Mail Address: victoratty@aol.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013132, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

JULIE SUMMERS, et al.
Plaintiff(s),
v.
99 CENTS ONLY STORES, LLC
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Yuma County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Jeffrey L Victor /s/
Plaintiff/Attorney for Plaintiff

Person/Attorney Filing: Jeffrey L Victor
Mailing Address: 5425 E. Bell Road, Suite 121
City, State, Zip Code: Scottsdale, AZ 85254
Phone Number: (602) 749-0900
E-Mail Address: victoratty@aol.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 013132, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YUMA

JULIE SUMMERS, et al.
Plaintiff(s),
v.
99 CENTS ONLY STORES, LLC
Defendant(s).

Case No.   S1400CV201900044

**SUMMONS**

To: 99 CENTS ONLY STORES, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 250 W. 2nd Street, Yuma, Arizona 85364 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YUMA

SIGNED AND SEALED this date: *January 14, 2019*

*Lynn Fazz*
Clerk of Superior Court

By: *BLEKAN*
Deputy Clerk




**CT Corporation**

**Service of Process Transmittal**
01/18/2019
CT Log Number 534761774

**TO:** Evelynn Romero
99 Cents Only Stores
4000 Union Pacific Ave
Commerce, CA 90023-3202

**RE:** **Process Served in Arizona**

**FOR:** 99 Cents Only Stores LLC (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JULIE SUMMERS and JEFFREY F. SUMMERS, etc., Pltfs. vs. 99 CENTS ONLY STORES LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT, CERTIFICATE |
| **COURT/AGENCY:** | Yuma County - Superior Court, AZ<br>Case # S1400CV201900044 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 01/21/2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/18/2019 at 14:00 |
| **JURISDICTION SERVED:** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Calendar days from the date of service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey L. Victor, Esq.<br>Jeffrey L. Victor, P.C.<br>5425 E. Bell Rd., Ste 121<br>Scottsdale, AZ 85254<br>602-749-0900 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780134493890 |
| | Image SOP |
| | Email Notification, Evelynn Romero  evelynn.romero@99only.com |
| | Email Notification, Mary Kasper  mary.kasper@99only.com |
| | Email Notification, Mary Kay Delgado  marykay.delgado@99only.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3800 N Central Ave Ste 460<br>Phoenix, AZ 85012-1995 |
| **TELEPHONE:** | 602-248-1145 |

Page 1 of 1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT B

Josh M. Snell, Bar #021602
Ryan D. Pont, Bar #033391
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1790
Fax: (602) 200-7815
jsnell@jshfirm.com
rpont@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant 99 Cents Only
Stores, LLC

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF YUMA

| | |
|---|---|
| JULIE SUMMERS and JEFFREY F. SUMMERS, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>99 CENTS ONLY STORES, LLC, a California limited liability company; JOHN DOES I-X; JANE DOES I-X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X,<br><br>Defendant. | NO. S1400CV201900044<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable Lawrence C. Kenworthy) |

Defendant 99 Cents Only Stores, LLC, by and through undersigned counsel and pursuant to 28 U.S.C. § 1441 *et seq.*, notifies this Court that it filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

///

7331183.1

DATED this 29th day of January, 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ryan D. Pont
Josh M. Snell
Ryan D. Pont
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant 99 Cents Only Stores, LLC

ORIGINAL of the foregoing electronically filed this 29th day of January, 2019.

COPY of the foregoing mailed this 29th day of January, 2019, to:

Jeffrey L. Victor
JEFFREY L. VICTOR, P.C.
5425 E. Bell Road, Suite 121
Scottsdale, Arizona 85254
victoratty@aol.com
Attorney for Plaintiff

/s/ Gayle M. Magadan

7331183.1

2