1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Julie Summers and Jeffrey F. Summers, wife and Husband,<br><br>Plaintiffs,<br><br>v.<br><br>99 Cents Only Stores, LLC, a California limited liability company; John Does I-X; Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships I-X,<br><br>Defendants. | NO. 2:19-CV-00411-JZB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Upon stipulation of the parties and good cause appearing therefore;

IT IS ORDERED dismissing the above-captioned matter, with prejudice, each side to bear their own costs and attorneys' fees.

7862253.1