IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Summers, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>99 Cent Only Stores, et al.,<br><br>              Defendants. | No. CV-19-00411-PHX-JZB<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss Case with Prejudice (Doc. ), and good cause appearing,

**IT IS ORDERED:**

1. The Stipulation to Dismiss (Doc. 32) is **granted**.
2. That this matter be **dismissed** with prejudice, each party to bear its own fees and costs.

Dated this 13th day of September, 2019.

Honorable John Z. Boyle
United States Magistrate Judge